IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RANDALL STEVEN SPEARS,**

    **Plaintiff,**

v.                                                                                    Case No. 1:22-cv-35-AW-GRJ

**LT. DRIGGERS and SERGEANT HILL,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's August 2, 2022 Report and Recommendation. ECF No. 26. There has been no objection, and the deadline for objections has passed. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 26) is adopted and incorporated into this order.

2. The motion to dismiss (ECF No. 16) is GRANTED.

3. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice for failure to exhaust administrative remedies."

4. The clerk will close the file.

SO ORDERED on September 6, 2022.

                                                     s/ *Allen Winsor*
                                                   United States District Judge